CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
SEP 07 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 3:06-CR-00008-03 |
| v. | |
| THERESA D. BEVERLY, | ORDER |
| *Defendant.* | |
| | JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant's *ex parte* Motion for Approval of Expert Expenses pursuant to 18 U.S.C. § 3006A(e)(1). Counsel for Defendant seeks to retain the professional services of a qualified psychiatrist, Deborah Healey, M.D., to evaluate her competency to stand trial, and requests that the motion be sealed.

Because the services are necessary for adequate representation, and Defendant is financially unable to pay for them herself, it is ORDERED the Motion is GRANTED in all respects. It is FURTHER ORDERED that Defendant's *ex parte* motion be sealed.

It is so ORDERED.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

September 7, 2006
Date